```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

DAVID ARTHUR McMANNIS                                    PLAINTIFF

        v.           Civil No. 08-5224

CAPTAIN HUNTER PETRAY,
Commander of the Jail, Benton County
Detention Center; and GUARD MONROE,
Benton County Detention Center                          DEFENDANTS

## ORDER

NOW on this 19th day of March 2010, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #33), filed on February 25, 2010, to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation of the Magistrate Judge is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #33) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, the plaintiff's complaint is **dismissed** for failure to follow a Court Order and for failure to prosecute.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE